IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-683 T

(Judge Marion B. Horn)

(Consolidated with Nos. 05-695 T, 05-696 T, 05-1074 T, 05-1315 T, & 05-1384 T)

---

JOHN E. KETTLE and ANNE R. KETTLE,

Plaintiffs

v.

THE UNITED STATES,

Defendant.

---

JOINT STATUS REPORT

---

Pursuant to the Court's Order dated February 1, 2006, the parties, through their attorneys, provide the following progress report on Robert J. Isler and Susan L. Isler v. United States, Fed. Cl. No. 01-344 T, Jeffrey T. Scuteri v. United States, Fed. Cl. No. 01-358 T, Ronald C. Prati and Mary G. Prati v. United States, Fed. Cl. No. 02-60 T; Kenneth C. Keener v. United States, Fed. Cl. No. 03-3028 T; William P. Smith, Jr. and Anne D. Smith v. United States, Fed. Cl. No. 04-907 T; Donald L. Dismore and Bettye G. Dismore v. United States, Fed. Cl. No. 04-1787 T; and John F. and Pamela F. Hinck v. United States, Fed. Cl. No. 03-865 T:

1. On October 8, 2004, the Court heard oral argument in *Isler, Scuteri,* and *Prati*. On December 12, 2005, the United States filed an additional motion for partial dismissal in *Isler*, and, on February 3, 2006, the United States filed an additional motion for partial dismissal in *Scuteri*.

2. On August 11, 2005, *Keener* and *Smith* were consolidated for briefing of dispositive motions. On November 4, 2005, the United States filed a motion to dismiss in *Keener* and *Smith*. On February 21/22, 2006, plaintiffs filed a motion for leave to file out of time their attached response and partial motion for summary judgment.

3. In *Dismore*, the United States filed a motion to dismiss one of plaintiffs' two claims on January 6, 2006. Plaintiffs filed a motion for leave on February 9, 2006, to file their attached response out of time, but the judge denied plaintiffs' motion on February 10, 2006.

4. On September 14, 2004, the Court heard oral argument in Hinck, and, pursuant to an opinion issued February 3, 2005, this Court dismissed the complaint in Hinck. The plaintiffs filed a notice of appeal on March 17, 2005. The appeal was docketed in the United States Court of Appeals for the Federal Circuit on March 24, 2005 (Docket No. 05-5099) and remains pending.

Plaintiffs' attorney has authorized defendant's attorney to sign this motion on her behalf.

Respectfully submitted,

| | |
|---|---|
| 03/01/2006<br>Date | s/Teresa J. Womack by s/Bart D. Jeffress<br>TERESA JEAN WOMACK<br>Redding & Associates, P.C.<br>P.O. Box 924328<br>Houston, Texas 77292-4328<br>(713) 965-9244<br>(713) 621-5227 (fax)<br><br>Attorney for Plaintiffs |
| 03/01/2006<br>Date | s/Bart D. Jeffress<br>BART D. JEFFRESS<br>Attorney of Record<br>U.S. Department of Justice<br>Tax Division<br>Court of Federal Claims Section |

Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

03/01/2006 s/Steven I. Frahm
Date Of Counsel
Attorneys for Defendant