IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-683 T

(Judge Marion B. Horn)

(Consolidated with Nos. 05-695 T, 05-696 T, 05-1074 T, 05-1315 T, & 05-1384 T)

JOHN E. KETTLE and ANNE R. KETTLE,

Plaintiffs

v.

THE UNITED STATES,

Defendant.

JOINT NOTICE

Pursuant to the Court's Order dated February 2, 2006, the parties, through their attorneys, provide the following progress report on John F. and Pamela F. Hinck v. United States, Fed. Cl. No. 03-865 T. On May 4, 2006, the Federal Circuit affirmed this Court's dismissal of the complaint in John F. and Pamela F. Hinck v. United States, Fed. Cl. No. 03-865 T. See Hinck v. United States, - - F.3d - - , 2006 WL 1170274 (Fed. Cir. May 4, 2006). The Federal Circuit held that 26 U.S.C. § 6404(h) grants exclusive subject matter jurisdiction to the Tax Court to review the IRS's denials of interest abatement, and therefore the Court of Federal Claims lacks subject matter jurisdiction to do the same. See id. A copy of the opinion is attached to this joint notice.

Under the Federal Circuit's decision, the Court lacks subject matter jurisdiction over the interest abatement claims in Kettle, Fed. Cl. No. 04-683 T and Weidemann, Fed. Cl. No. 05-1384 T. Plaintiffs' counsel, however, intends to seek rehearing in the Federal Circuit and/or

petition for Supreme Court review of the Hinck decision.

Accordingly, the parties propose the Court wait until final appellate action, before dismissing the interest abatement claims in Kettle and Weidemann.

Plaintiffs' attorney has authorized defendant's attorney to sign this motion on her behalf.

Respectfully submitted,

05/09/2006 s/Teresa J. Womack by s/Bart D. Jeffress
Date TERESA JEAN WOMACK
Redding & Associates, P.C.
P.O. Box 924328
Houston, Texas 77292-4328
(713) 965-9244
(713) 621-5227 (fax)
Attorney for Plaintiffs

05/09/2006 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

05/09/2006 s/Steven I. Frahm
Date Of Counsel
Attorneys for Defendant