# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**JOHN E. KETTLE and ANNE R. KETTLE,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 04-683T**
**Filed: May 17, 2006**

**O R D E R**

The court is in receipt of the parties' May 9, 2006 joint status report. In their report, the parties indicate that plaintiff's counsel intends to seek rehearing and/or seek petition for Supreme Court review in the decision of Hinck v. United States, — F.3d —, 2006 WL 1170274, (Fed. Cir. May 04, 2006). To address plaintiff's counsel's efforts and future proceedings in the above-captioned case, the court **ORDERS** the parties to file quarterly joint status reports. The first report shall be due on or before **Monday, July 3, 2006**. In addition, the court **ORDERS** that, on or before five days after a decision is issued on plaintiff's efforts for rehearing or certiorari, the parties shall file a joint status report addressing the effect of each decision, include a copy of the decision(s), and address the parties' proposals(s) for future proceedings.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**