IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-683 T

(Judge Marian Blank Horn)

(Consolidated with Nos. 05-695 T, 05-696 T, 05-1074 T, 05-1315 T, & 05-1384 T)

JOHN E. KETTLE and ANNE R. KETTLE,

Plaintiffs

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Pursuant to the Court's Order [Doc. #17] dated May 17, 2006, the parties, through their attorneys, provide the following progress report on *Robert J. Isler and Susan L. Isler v. United States*, Fed. Cl. No. 01-344 T, *Jeffrey T. Scuteri v. United States*, Fed. Cl. No. 01-358 T, *Ronald C. Prati and Mary G. Prati v. United States*, Fed. Cl. No. 02-60 T; *Kenneth C. Keener v. United States*, Fed. Cl. No. 03-2028 T; *William P. Smith, Jr. and Anne D. Smith v. United States,* Fed. Cl. No. 04-907 T; *Donald L. Dismore and Bettye G. Dismore v. United States*, Fed. Cl. No. 04-1787 T; and *John F. and Pamela F. Hinck v. United States,* Fed. Cl. No. 03-865 T:

1. On October 8, 2004, the Court heard oral argument in *Isler, Scuteri,* and *Prati*. The United States filed an additional motion for partial dismissal in *Isler* on December 12, 2005, in *Scuteri* on February 3, 2006, and in *Prati* on June 2, 2006. Plaintiffs filed their responses in *Isler* and *Scuteri* on July 17, 2006, and their response in *Prati* on July 18, 2006. The United

States filed its replies on August 28, 2006. On September 29, 2006, defendant filed an additional/alternative ground in support of its motion for partial dismissal in all three cases.

2. On September 14, 2004, the Court heard oral argument in *Hinck*, and, pursuant to an opinion issued February 3, 2005, this Court dismissed the complaint in *Hinck.* On May 4, 2006, the Federal Circuit affirmed this Court's dismissal of the complaint. *See Hinck v. United States*, 446 F.3d 1307 (Fed. Cir. 2006). The Federal Circuit held that 26 U.S.C. § 6404(h) grants exclusive subject matter jurisdiction to the Tax Court to review the IRS's denials of interest abatement, and therefore the Court of Federal Claims lacks subject matter jurisdiction to do the same. Under the Federal Circuit's decision, the Court lacks subject matter jurisdiction over the interest abatement claims in *Kettle*, Fed. Cl. No. 04-683 T and *Weidemann*, Fed. Cl. No. 05-1384 T. Plaintiffs' counsel, however, has petitioned for Supreme Court review of the Hinck decision.

The parties informed the Court on May 9, 2006 about the Federal Circuit's decision in *Hinck*, and proposed the Court wait until final appellate action, before dismissing plaintiffs' interest abatement claims. *See* Joint Notice [Doc. #16]. The parties continue to propose the Court wait until final appellate action, before dismissing plaintiffs' interest abatement claims.

3. *Keener* and *Smith* were consolidated on August 11, 2005, for briefing of dispositive motions, and the United States filed a motion for partial dismissal in *Keener* and *Smith* on November 4, 2005. On February 21/22, 2006, plaintiffs filed their response and a partial motion for summary judgment. On May 5, 2006, defendant filed a response to plaintiffs' summary judgment motion, and, on May 10, 2006, a reply to plaintiffs' response. On August 14, 2006, defendant filed an additional/alternative ground in support of its motion for partial

dismissal, and, on September 23, 2006, plaintiffs filed their response.

4. In *Dismore*, the United States filed a motion to dismiss one of plaintiffs' two claims on January 6, 2006. Plaintiffs filed their response on March 7, 2006, and the United States filed its reply on March 28, 2006. Oral argument was held on the motion on June 9, 2006. The parties submitted post-oral argument supplemental briefs on July 14, 2006. Plaintiffs filed a motion to amend their complaint on July 14, 2006, which the Court granted, thereby mooting the briefing and argument. Discovery on plaintiffs' remaining claim is proceeding.

5. On August 24, 2006, the Court issued a scheduling order in *Charles L. Ivey and Doris W. Ivey v. United States*, Fed. Cl. No. 05-223T, directing that the stay entered in that AMCOR case shall automatically terminate on May 22, 2007, and that the parties shall file a Joint Status Report on or before May 23, 2007, proposing a schedule for future proceedings in *Ivey*.

6. Plaintiffs' attorney has authorized defendant's attorney to sign this motion on her behalf.

Respectfully submitted,

10/03/2006 s/Teresa J. Womack by s/Bart D. Jeffress
Date

TERESA JEAN WOMACK
Redding & Associates, P.C.
P.O. Box 924328
Houston, Texas 77292-4328
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

10/03/2006 s/Bart D. Jeffress
Date

BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice

Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

10/03/2006 s/Steven I. Frahm
Date Of Counsel
Attorneys for Defendant