IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-683 T

(Judge Marian Blank Horn)

(Consolidated with Nos. 05-695 T, 05-696 T, 05-1074 T, 05-1315 T, & 05-1384 T)

JOHN E. KETTLE and ANNE R. KETTLE,

Plaintiffs

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Pursuant to the Court's Order [Doc. #17] dated May 17, 2006, the parties, through their attorneys, provide the following progress report on *John F. and Pamela F. Hinck v. United States*, Fed. Cl. No. 03-865 T. On May 4, 2006, the Federal Circuit affirmed this Court's dismissal of the complaint in *Hinck*. *See Hinck v. United States*, 446 F.3d 1307 (Fed. Cir. 2006). The Federal Circuit held that 26 U.S.C. § 6404(h) grants exclusive subject matter jurisdiction to the Tax Court to review the IRS's denials of interest abatement, and therefore the Court of Federal Claims lacks subject matter jurisdiction to do the same. Under the Federal Circuit's decision, the Court lacks subject matter jurisdiction over the interest abatement claims in *Kettle*, Fed. Cl. No. 04-683 T and *Weidemann*, Fed. Cl. No. 05-1384 T.

On January 12, 2007, the Supreme Court granted certiorari to review the Federal Circuit's decision in *Hinck*. *See Hinck v. U.S.*, - - S.Ct. - -, 2007 WL 80666, 75 USLW 3121

(Jan. 12, 2007). Accordingly, the parties continue to propose the Court wait until final appellate action, before dismissing the interest abatement claims in *Kettle* and *Weidemann*.

Plaintiffs' attorney has authorized defendant's attorney to sign this joint status report on her behalf.

Respectfully submitted,

1/22/2007
Date

s/Teresa J. Womack by s/Bart D. Jeffress
TERESA JEAN WOMACK
Redding & Associates, P.C.
P.O. Box 924328
Houston, Texas 77292-4328
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

1/22/2007
Date

s/Bart D. Jeffress
BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

1/22/2007
Date

s/Steven I. Frahm
Of Counsel
Attorneys for Defendant