# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**JOHN E. KETTLE and ANNE R. KETTLE, et. al.**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**Nos. 04-683T, et. al.**
**Filed: September 27, 2007**

**O R D E R**

The court is in receipt of the parties' Joint Status Report dated September 26, 2007. To schedule future proceedings in the case, the court **SCHEDULES** a status conference in the above-captioned case for **Friday, October 5, 2007, 10:30 a.m. EDT,** at the National Courts Building, 717 Madison Place, NW, Washington, DC 20006. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (713) 965-9244 and defendant's counsel at (202) 307-6496.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**