# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

JOHN E. KETTLE and ANNE R. KETTLE, et al.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * *

**Nos. 04-683T, et al.**
**Filed: October 5, 2007**

## O R D E R

The court held a status conference in the above-captioned case, and the five cases consolidated under this lead case, on October 5, 2007. In their September 26, 2007 joint status report and during the October 5, 2007 conference, the parties requested a continuation of the stay of the lead and consolidated cases, which the court **GRANTS**. The parties shall continue to file periodic joint status reports, with the next report due on or before **Monday, December 31, 2007**, and quarterly thereafter. In addition, on or before five days after a decision issued in a case with similar issues, the parties shall file a joint status report addressing the impact of the decision on the consolidated cases, include a copy of the decision, indicate whether a continued stay is proposed, or propose future proceedings.

The joint status reports shall be comprehensive, understandable, stand-alone reports, which discuss both groups of consolidated cases assigned to this chambers: Group I: Kettle, 04-683T and Weidemann, 05-1384T; Group II: Plowman, 05-695T; Glass, 05-696T; Mitchell, 05-1074T; and Brandsted, 05-1315T. The cases with common issues identified by the partes and on which progress will be brought to this chamber's attention include Perkins, 06-51T; Schell, 04-1743T; Jewell, 06-228T; Keener, 03-2028T; Smith, 04-907T; Isler, 01-344T; Scuteri, 01-358T; and Prati, 02-60T.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**