IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-683 T

(Judge Marian Blank Horn)

(Consolidated with Nos. 05-695 T, 05-696 T, 05-1074 T, 05-1315 T, & 05-1384 T)

---

JOHN E. KETTLE and ANNE R. KETTLE,

Plaintiffs

v.

THE UNITED STATES,

Defendant.

---

JOINT STATUS REPORT

---

Pursuant to the Court's Order [Doc. #30] dated October 5, 2007, the parties provide the following joint status report.

Pending before the Court are six AMCOR cases, which divide into two groups. Group I has two cases: (1) *Kettle*, Fed. Cl. No. 04-683 T; and (2) *Weidemann*, Fed. Cl. No. 05-1384 T. Group II has four cases: (1) *Plowman*, Fed. Cl. No. 05-695 T; (2) *Glass*, Fed. Cl. No. 05-696 T; (3) *Mitchell*, 05-1074 T; and (4) *Brandsted*, Fed. Cl. No. 05-1315 T.

Pursuant to the Court's Order [Doc. #30], the parties are required to file periodic joint status reports and joint status reports on or before five days after issuance of a triggering decision. The reports are to update the Court on the progress of the following eight cases: (1) *Perkins*, Fed. Cl. No. 06-51 T; (2) *Schell*, Fed. Cl. No. 04-1743 T; (3) *Jewell*, Fed. Cl. No. 06-228 T; (4) *Keener*, Fed. Cl. No. 03-2028 T; (5) *Smith*, Fed. Cl. No. 04-907 T; (6) *Isler*, Fed.

Cl. No. 01-344 T; (7) *Scuteri*, Fed. Cl. No. 01-358 T; and (8) *Prati*, Fed. Cl. No. 02-60 T.

One of those eight cases, *Perkins*, Fed. Cl. No. 06-51 T, was voluntarily dismissed on October 30, 2007. *See Perkins*, Fed. Cl. No. 06-51 T, Doc. #16. A copy of the voluntary dismissal is attached to this report. We are filing this status report as a result of that dismissal.

*Perkins*, Fed. Cl. No. 06-51 T, concerned claims like the claims plaintiffs have raised in the four Group II cases ((1) *Plowman*, Fed. Cl. No. 05-695 T; (2) *Glass*, Fed. Cl. No. 05-696 T; (3) *Mitchell*, 05-1074 T; and (4) *Brandsted*, Fed. Cl. No. 05-1315 T)). Because *Perkins* was voluntarily dismissed, however, no decision issued that impacts the Group II cases (or the cases in Group I (*Kettle*, Fed. Cl. No. 04-683 T and *Weidemann*, Fed. Cl. No. 05-1384 T)).

The parties continue to propose a stay of the four Group II cases, because, although *Perkins* has been dismissed, there are two other AMCOR cases moving forward in which plaintiffs raised claims like the ones plaintiffs raise in the four Group II cases. *See* JSR [Doc. #28]. The two cases are *Schell*, Fed. Cl. No. 04-1743T and *Jewell*, Fed. Cl. No. 06-228T. In addition, after the last report and the status conference with the Court, a deadline for responding to plaintiffs' complaint was entered in another AMCOR case, *LeBlanc*, Fed. Cl. No. 05-743 T, which raises claims like the ones raised in the four Group II cases. Accordingly, the parties propose the Court continue to stay the four Group II cases (*Plowman*, *Glass*, *Mitchell*, and *Bransted*), until one or more of *Schell*, *Jewell*, or *LeBlanc* is resolved.

The parties also propose, for reasons set forth below, that the Court continue to stay the two Group I cases.

The following reports on the seven cases other than *Perkins* for which updating is required: (1) *Schell*, Fed. Cl. No. 04-1743 T; (2) *Jewell*, Fed. Cl. No. 06-228 T; (3) *Keener*, Fed.

Cl. No. 03-2028 T; (4) *Smith*, Fed. Cl. No. 04-907 T; (5) *Isler*, Fed. Cl. No. 01-344 T; (6) *Scuteri*, Fed. Cl. No. 01-358 T; and (7) *Prati*, Fed. Cl. No. 02-60 T.

(1) *Schell*, Fed. Cl. No. 04-1743 T: This case presents claims like the claims raised in the four Group II cases. Presently, defendant's answer or other response to plaintiffs' complaint is due on or before December 20, 2007.

(2) *Jewell*, Fed. Cl. No. 06-228 T: This case presents claims like the claims raised in the four Group II cases. Presently, defendant's answer or other response to plaintiffs' complaint is due on or before November 16, 2007.

(3) *Keener*, Fed. Cl. No. 03-2028 T and (4) *Smith*, Fed. Cl. No. 04-907 T: *Keener* and *Smith* present claims like the claims raised in the two Group I cases.

*Keener* and *Smith* were consolidated on August 11, 2005, for briefing of dispositive motions. On April 18, 2007, Judge Allegra issued an opinion in *Keener* and *Smith*, granting defendant's partial motion to dismiss for lack of jurisdiction taxpayers' period of limitations and tax motivated interest claims.[1]

Judgment entered in *Keener* and *Smith* on August 17, 2007. Under the decision, the Court lacks subject matter jurisdiction over the period of limitations and tax motivated interest claims in the two Group I cases (*Kettle*, Fed. Cl. No. 04-683 T and *Weidemann*, Fed. Cl. No. 05-1384 T). Plaintiffs' attorneys, however, filed a notice of appeal on October 15, 2007.

Accordingly, the parties propose the Court wait until final appellate action, before

---

[1] On August 8, 2007, the parties filed a joint stipulation of dismissal of the interest abatement claims in *Keener* and *Smith*, as a result of the Supreme Court's decision in *Hinck v. United States*, 127 S.Ct. 2011 (2007). Pursuant to *Hinck*, the Court dismissed the interest abatement claims in the two Group I cases - *Kettle*, Fed. Cl. No. 04-683 T and *Weidemann*, Fed. Cl. No. 05-1384 T. *See Order* [Doc. #26].

dismissing the period of limitation and tax motivated interest claims in the two Group I cases (*Kettle* and *Weidemann*).

(5) *Isler*, Fed. Cl. No. 01-344 T; (6) *Scuteri*, Fed. Cl. No. 01-358 T; and (7) *Prati*, Fed. Cl. No. 02-60 T: *Isler*, *Scuteri*, and *Prati* present claims like the claims raised in the two Group I cases and like the claims raised in the four Group II cases. However, there has, to date, been no litigation of the claims in *Isler*, *Scuteri*, and *Prati* that are like the claims in the four Group II cases. The litigation has focused instead on the claims like the claims raised in the two Group I cases:

On October 8, 2004, the Court heard oral argument in *Isler*, *Scuteri*, and *Prati*. The United States filed an additional motion for partial dismissal in *Isler* on December 12, 2005, in *Scuteri* on February 3, 2006, and in *Prati* on June 2, 2006. Plaintiffs filed their responses in *Isler* and *Scuteri* on July 17, 2006, and their response in *Prati* on July 18, 2006. The United States filed its replies on August 28, 2006. On September 29, 2006, defendant filed an additional/alternative ground in support of its motion for partial dismissal in all three cases. Plaintiffs filed their responses on November 13, 2006, and the United States filed its replies on November 30, 2006. The Court held oral argument on all pending motions on May 1, 2007. Plaintiffs filed their post oral argument supplemental brief on July 5, 2007. The United States filed its response on October 4, 2007. The briefed matters are now ready for decision.

Plaintiffs' attorney has authorized defendant's attorney to sign this joint status report on her behalf.

Respectfully submitted,

11/06/2007 s/Teresa J. Womack by s/Bart D. Jeffress
Date TERESA JEAN WOMACK
Redding & Associates, P.C.
P.O. Box 924328
Houston, Texas 77292-4328
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

11/06/2007 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

11/06/2007 s/Steven I. Frahm
Date Of Counsel
Attorneys for Defendant