IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-683 T

(Judge Marian Blank Horn)

(Consolidated with Nos. 05-695 T, 05-696 T, 05-1074 T, 05-1315 T, & 05-1384 T)

---

JOHN E. KETTLE and ANNE R. KETTLE,

Plaintiffs

v.

THE UNITED STATES,

Defendant.

---

JOINT STATUS REPORT

---

Pursuant to the Court's Order [Doc. #30] dated October 5, 2007, the parties provide the following periodic joint status report.

Pending before the Court are six AMCOR cases, which divide into two groups. Group I has two cases: (1) *Kettle*, Fed. Cl. No. 04-683 T; and (2) *Weidemann*, Fed. Cl. No. 05-1384 T. Group II has four cases: (1) *Plowman*, Fed. Cl. No. 05-695 T; (2) *Glass*, Fed. Cl. No. 05-696 T; (3) *Mitchell*, 05-1074 T; and (4) *Brandsted*, Fed. Cl. No. 05-1315 T.

Pursuant to the Court's Order [Doc. #30], the parties are required to file both periodic joint status reports and joint status reports on or before five days after issuance of a triggering decision. Under the order, the reports were to include updates on the progress of the following eight cases: (1) *Perkins*, Fed. Cl. No. 06-51 T; (2) *Schell*, Fed. Cl. No. 04-1743 T; (3) *Jewell*, Fed. Cl. No. 06-228 T; (4) *Keener*, Fed. Cl. No. 03-2028 T; (5) *Smith*, Fed. Cl. No. 04-907 T;

(6) *Isler*, Fed. Cl. No. 01-344 T; (7) *Scuteri*, Fed. Cl. No. 01-358 T; and (8) *Prati*, Fed. Cl. No. 02-60 T.

However, after the Court's Order [Doc. #30], one of the eight cases, *Perkins*, Fed. Cl. No. 06-51 T, was voluntarily dismissed on October 30, 2007. *See Perkins*, Fed. Cl. No. 06-51 T, Doc. #16. The parties notified the Court of the dismissal and provided a comprehensive status report [Doc. #31]. In the report, the parties noted that the voluntary dismissal of *Perkins* had no impact on either the Group I or Group II cases (as no decision had issued), and proposed the Court continue to stay the four Group II cases ((1) *Plowman*, Fed. Cl. No. 05-695 T; (2) *Glass*, Fed. Cl. No. 05-696 T; (3) *Mitchell*, 05-1074 T; and (4) *Brandsted*, Fed. Cl. No. 05-1315 T)). The parties reported that there were three other AMCOR cases moving forward in which plaintiffs raised claims like the ones plaintiffs raise in the four Group II cases. The three cases were *Schell*, Fed. Cl. No. 04-1743T, *Jewell*, Fed. Cl. No. 06-228T, and *LeBlanc*, Fed. Cl. No. 05-743 T. Accordingly, the parties proposed the Court continue to stay the four Group II cases (*Plowman*, *Glass*, *Mitchell*, and *Bransted*), until one or more of *Schell*, *Jewell*, or *LeBlanc* was resolved. The parties also proposed that the Court continue to stay the two Group I cases.

Since the parties' last status report [Doc. #31], defendant moved, on November 16, 2007, to dismiss plaintiffs' complaint in *Jewell*. Thereafter, on December 21, 2007, the parties stipulated to dismissal of the complaint with prejudice, and the complaint was dismissed on December 26, 2007. *See Jewell*, Fed. Cl. No. 06-228T, Doc. #12 and Docket Entry 12/26/2007. Because *Schell* and *LeBlanc* remain active (as reported below, defendant has filed a motion to dismiss in both), the parties continue to propose the Court stay the four Group II cases (*Plowman*, *Glass*, *Mitchell*, and *Bransted*), until *Schell* or *LeBlanc* or both are resolved.

In light of the foregoing, the parties provide the following periodic status report regarding progress in the following seven cases: (1) *Schell*, Fed. Cl. No. 04-1743 T; (2) *LeBlanc*, Fed. Cl. No. 05-743 T; (3) *Keener*, Fed. Cl. No. 03-2028 T; (4) *Smith*, Fed. Cl. No. 04-907 T; (5) *Isler*, Fed. Cl. No. 01-344 T; (6) *Scuteri*, Fed. Cl. No. 01-358 T; and (7) *Prati*, Fed. Cl. No. 02-60 T.

(1) *Schell*, Fed. Cl. No. 04-1743 T: This case presents claims like the claims raised in the four Group II cases. Defendant moved to dismiss plaintiffs' complaint on December 20, 2007, and plaintiffs' response is due January 22, 2008.

(2) *LeBlanc*, Fed. Cl. No. 05-743 T: This case presents claims like the claims raised in the four Group II cases. Defendant moved to dismiss plaintiffs' complaint on December 7, 2007, and plaintiffs' response is due January 7, 2008.

(3) *Keener*, Fed. Cl. No. 03-2028 T and (4) *Smith*, Fed. Cl. No. 04-907 T: *Keener* and *Smith* present claims like the claims raised in the two Group I cases.

*Keener* and *Smith* were consolidated on August 11, 2005, for briefing of dispositive motions. On April 18, 2007, Judge Allegra issued an opinion in *Keener* and *Smith*, granting defendant's partial motion to dismiss for lack of jurisdiction taxpayers' period of limitations and tax motivated interest claims.[1]

Judgment entered in *Keener* and *Smith* on August 17, 2007. Under the decision, the Court lacks subject matter jurisdiction over the period of limitations and tax motivated interest claims in the two Group I cases (*Kettle*, Fed. Cl. No. 04-683 T and *Weidemann*, Fed. Cl. No. 05-

[1] On August 8, 2007, the parties filed a joint stipulation of dismissal of the interest abatement claims in *Keener* and *Smith*, as a result of the Supreme Court's decision in *Hinck v. United States*, 127 S.Ct. 2011 (2007). Pursuant to *Hinck*, the Court dismissed the interest abatement claims in the two Group I cases - *Kettle*, Fed. Cl. No. 04-683 T and *Weidemann*, Fed. Cl. No. 05-1384 T. *See Order* [Doc. #26], Fed. Cl. No. 04-683 T.

1384 T). Plaintiffs' attorneys, however, filed a notice of appeal on October 15, 2007.

Accordingly, the parties propose the Court wait until final appellate action, before dismissing the period of limitation and tax motivated interest claims in the two Group I cases (*Kettle* and *Weidemann*).

(5) *Isler*, Fed. Cl. No. 01-344 T; (6) *Scuteri*, Fed. Cl. No. 01-358 T; and (7) *Prati*, Fed. Cl. No. 02-60 T: *Isler*, *Scuteri*, and *Prati* present claims like the claims raised in the two Group I cases and like the claims raised in the four Group II cases. However, there has, to date, been no litigation of the claims in *Isler*, *Scuteri*, and *Prati* that are like the claims in the four Group II cases. The litigation has focused instead on the claims like the claims raised in the two Group I cases:

On October 8, 2004, the Court heard oral argument in *Isler*, *Scuteri*, and *Prati*. The United States filed an additional motion for partial dismissal in *Isler* on December 12, 2005, in *Scuteri* on February 3, 2006, and in *Prati* on June 2, 2006. Plaintiffs filed their responses in *Isler* and *Scuteri* on July 17, 2006, and their response in *Prati* on July 18, 2006. The United States filed its replies on August 28, 2006. On September 29, 2006, defendant filed an additional/alternative ground in support of its motion for partial dismissal in all three cases. Plaintiffs filed their responses on November 13, 2006, and the United States filed its replies on November 30, 2006. The Court held oral argument on all pending motions on May 1, 2007. Plaintiffs filed their post oral argument supplemental brief on July 5, 2007. The United States filed its response on October 4, 2007. The briefed matters are now ready for decision.

Plaintiffs' attorney has authorized defendant's attorney to sign this joint status report on her behalf.

Respectfully submitted,

12/31/2007 s/Teresa J. Womack by s/Bart D. Jeffress
Date TERESA JEAN WOMACK
Redding & Associates, P.C.
P.O. Box 924328
Houston, Texas 77292-4328
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

12/31/2007 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

12/31/2007 s/Steven I. Frahm
Date Of Counsel
Attorneys for Defendant