# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * *

**JOHN E. KETTLE and ANNE R. KETTLE, et al.**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**Nos. 04-683T, et al.**
**Filed: January 4, 2008**

**O R D E R**

The court is in receipt of the parties' December 31, 2007, joint status report. The court commends the parties for their comprehensive report. The court's Group I consolidated cases include lead case Kettle, No. 04-683T and Weidemann, No. 05-1384T. Similar claims are present in Keener, No. 03-2028T and Smith, No. 04-907T, cases assigned to another judge who has rendered decisions in both cases which are currently on appeal. The parties propose to continue the stay in our Group I cases until final appellate action is taken in these two cases. Similar claims also are present in Isler, No. 01-344T; Scuteri, No. 01-358T; and Pratt, No. 02-60T, assigned to another judge, such that continued reporting on these three case as to our Group I claims remains appropriate. Given the status of the cases with issues similar to our Group I cases, and particularly the cases on appeal, the court concurs with the parties' recommendation to continue the stay in the Group I cases.

Group II consolidated cases include Plowman, No. 05-695T; Glass, 05-696T; Mitchell, No. 05-1074T; and Brandsted, No. 05-1315T. The parties propose continuing the stay of Group II cases pending resolution of Schell, No. 04-1743T and LeBlanc, No. 05-743T, cases assigned to other judges. Similar claims also are present in Isler, No. 01-344T; Scuteri, No. 01-358T; and Pratt, No. 02-60T, such that continued monitoring and reporting of these three cases as to Group II claims remains appropriate. Given the status of the cases with similar issues to our Group II cases, the parties have recommended a continuation of the stay in the Group II cases. The court concurs.

The parties shall continue their quarterly reporting, organized as is this order into Group I and Group II cases, with the next joint status report due on or before **Monday, March 31, 2008**.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**