IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-683 T

(Judge Marian Blank Horn)

(Consolidated with Nos. 05-695 T, 05-696 T, 05-1074 T, 05-1315 T, & 05-1384 T)

---

JOHN E. KETTLE and ANNE R. KETTLE,

Plaintiffs

v.

THE UNITED STATES,

Defendant.

---

JOINT STATUS REPORT

---

Pursuant to the Court's Order [Doc. #33] filed January 4, 2008, the parties provide the following periodic joint status report.

Pending before the Court are six AMCOR cases, which divide into two groups. Group I has two cases: (1) *Kettle*, Fed. Cl. No. 04-683 T; and (2) *Weidemann*, Fed. Cl. No. 05-1384 T. Group II has four cases: (1) *Plowman*, Fed. Cl. No. 05-695 T; (2) *Glass*, Fed. Cl. No. 05-696 T; (3) *Mitchell*, 05-1074 T; and (4) *Brandsted*, Fed. Cl. No. 05-1315 T.

## I. Group I Report

Regarding Group I (*Kettle* and *Weidemann*), the parties report on the progress in the following five cases: (1) *Keener*, Fed. Cl. No. 03-2028 T; (2) *Smith*, Fed. Cl. No. 04-907 T; (3) *Isler*, Fed. Cl. No. 01-344 T; (4) *Scuteri*, Fed. Cl. No. 01-358 T; and (5) *Prati*, Fed. Cl. No. 02-60 T.

(1) *Keener*, Fed. Cl. No. 03-2028 T and (2) *Smith*, Fed. Cl. No. 04-907 T: *Keener* and *Smith* present claims like the claims raised in the two Group I cases.

*Keener* and *Smith* were consolidated on August 11, 2005, for briefing of dispositive motions. On April 18, 2007, Judge Allegra issued an opinion in *Keener* and *Smith*, granting defendant's partial motion to dismiss for lack of jurisdiction taxpayers' period of limitations and tax motivated interest claims.[1]

Judgment entered in *Keener* and *Smith* on August 17, 2007. Under the decision, the Court lacks subject matter jurisdiction over the period of limitations and tax motivated interest claims in the two Group I cases (*Kettle* and *Weidemann*). Plaintiffs' attorneys, however, filed a notice of appeal on October 15, 2007, and filed their appellate brief on February 12, 2008.

Accordingly, the parties propose the Court wait until final appellate action, before dismissing the period of limitation and tax motivated interest claims in the two Group I cases (*Kettle* and *Weidemann*).

(3) *Isler*, Fed. Cl. No. 01-344 T; (4) *Scuteri*, Fed. Cl. No. 01-358 T; and (5) *Prati*, Fed. Cl. No. 02-60 T: *Isler*, *Scuteri*, and *Prati* present claims like the claims raised in the two Group I cases and like the claims raised in the four Group II cases. Regarding the claims like those raised in the two Group I cases:

On October 8, 2004, the Court heard oral argument in *Isler, Scuteri*, and *Prati*. The United States filed an additional motion for partial dismissal in *Isler* on December 12, 2005,

---

[1] On August 8, 2007, the parties filed a joint stipulation of dismissal of the interest abatement claims in *Keener* and *Smith*, as a result of the Supreme Court's decision in *Hinck v. United States*, 127 S.Ct. 2011 (2007). Pursuant to *Hinck*, the Court dismissed the interest abatement claims in the two Group I cases - *Kettle*, Fed. Cl. No. 04-683 T and *Weidemann*, Fed. Cl. No. 05-1384 T. *See Order* [Doc. #26], Fed. Cl. No. 04-683 T.

in *Scuteri* on February 3, 2006, and in *Prati* on June 2, 2006. Plaintiffs filed their responses in *Isler* and *Scuteri* on July 17, 2006, and their response in *Prati* on July 18, 2006. The United States filed its replies on August 28, 2006. On September 29, 2006, defendant filed an additional/alternative ground in support of its motion for partial dismissal in all three cases. Plaintiffs filed their responses on November 13, 2006, and the United States filed its replies on November 30, 2006. The Court held oral argument on all pending motions on May 1, 2007. Plaintiffs filed their post oral argument supplemental brief on July 5, 2007. The United States filed its response on October 4, 2007. The briefed matters are now ready for decision.

**II. Group II Report**

Regarding Group II (*Plowman*, *Glass*, *Michell*, and *Brandsted*), the parties report on the progress in the following five cases: (1) *LeBlanc*, Fed. Cl. No. 05-743 T; (2) *Schell*, Fed. Cl. No. 04-1743 T; (3) *Isler*, Fed. Cl. No. 01-344 T; (4) *Scuteri*, Fed. Cl. No. 01-358 T; and (5) *Prati*, Fed. Cl. No. 02-60 T.

(1) *LeBlanc*, Fed. Cl. No. 05-743 T: This case presents claims like the claims raised in the four Group II cases. Defendant moved to dismiss plaintiffs' complaint on December 7, 2007, plaintiffs responded on January 7, 2008, and defendant filed its reply on February 15, 2008.

(2) *Schell*, Fed. Cl. No. 04-1743 T: This case presents claims like the claims raised in the four Group II cases. Defendant moved to dismiss plaintiffs' complaint on December 20, 2007, and plaintiffs' response is due April 1, 2008.

(3) *Isler*, Fed. Cl. No. 01-344 T; (4) *Scuteri*, Fed. Cl. No. 01-358 T; and (5) *Prati*, Fed. Cl. No. 02-60 T: As noted above, *Isler*, *Scuteri*, and *Prati*, in addition to presenting claims like the claims raised in the two Group I cases, present claims like the ones raised in the four Group

II cases. However, there has, to date, been no litigation of the claims in *Isler*, *Scuteri*, and *Prati* that are like the claims in the four Group II cases. The litigation has focused instead on the claims similar to those raised in the two Group I cases.

The parties continue to propose the Court stay the four Group II cases (*Plowman*, *Glass*, *Mitchell*, and *Bransted*), until *Schell* or *LeBlanc* or both are resolved.

Plaintiffs' attorney has authorized defendant's attorney to sign this joint status report on her behalf.

Respectfully submitted,

3/31/2008 s/Teresa J. Womack by s/Bart D. Jeffress
Date TERESA JEAN WOMACK
Redding & Associates, P.C.
P.O. Box 924328
Houston, Texas 77292-4328
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

3/31/2008 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

3/31/2008 s/Steven I. Frahm
Date Of Counsel
Attorneys for Defendant