IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-683 T

(Judge Marian Blank Horn)

(Consolidated with Nos. 05-695 T, 05-696 T, 05-1074 T, 05-1315 T, & 05-1384 T)

JOHN E. KETTLE and ANNE R. KETTLE,

Plaintiffs

v.

THE UNITED STATES,

Defendant.

# JOINT STATUS REPORT

Related to the Court's Order [Doc. #33] filed January 4, 2008, the parties provide the following joint status report. The impetus for this report is the decision rendered on April 16, 2008, in the representative AMCOR case *Prati v. U.S.*, Fed. Cl. No. 02-60 T [Doc. #87]. A copy of the decision is attached.

Pending before the Court are six AMCOR cases, which divide into two groups. Group I has two cases: (1) *Kettle*, Fed. Cl. No. 04-683 T; and (2) *Weidemann*, Fed. Cl. No. 05-1384 T. Group II has four cases: (1) *Plowman*, Fed. Cl. No. 05-695 T; (2) *Glass*, Fed. Cl. No. 05-696 T; (3) *Mitchell*, 05-1074 T; and (4) *Brandsted*, Fed. Cl. No. 05-1315 T.

The attached *Prati* decision impacts the "Group I Report" set forth below, but does not change the parties' basic proposal that the Court continue the stay in the two Group I cases (*Kettle* and *Weidemann*) and wait until final appellate action, before dismissing the period of

limitation and tax motivated interest claims in those two cases.

## I. Group I Report

Regarding Group I (*Kettle* and *Weidemann*), the parties report on the progress in the following five cases: (1) *Keener*, Fed. Cl. No. 03-2028 T; (2) *Smith*, Fed. Cl. No. 04-907 T; (3) *Isler*, Fed. Cl. No. 01-344 T; (4) *Scuteri*, Fed. Cl. No. 01-358 T; and (5) *Prati*, Fed. Cl. No. 02-60 T.

### A. Progress Report

(1) *Keener*, Fed. Cl. No. 03-2028 T and (2) *Smith*, Fed. Cl. No. 04-907 T: *Keener* and *Smith* present claims like the claims raised in the two Group I cases.

*Keener* and *Smith* were consolidated on August 11, 2005, for briefing of dispositive motions. On April 18, 2007, Judge Allegra issued an opinion in *Keener* and *Smith*, granting defendant's partial motion to dismiss for lack of jurisdiction taxpayers' period of limitations and tax motivated interest claims.[1]

Judgment entered in *Keener* and *Smith* on August 17, 2007. Under the decision, the Court lacks subject matter jurisdiction over the period of limitations and tax motivated interest claims in the two Group I cases (*Kettle* and *Weidemann*). Plaintiffs' attorneys, however, filed a notice of appeal on October 15, 2007, and filed their appellate brief on February 12, 2008. The Government's appellee brief is currently due in May 2008.

(3) *Isler*, Fed. Cl. No. 01-344 T; (4) *Scuteri*, Fed. Cl. No. 01-358 T; and (5) *Prati*, Fed.

---

[1] On August 8, 2007, the parties filed a joint stipulation of dismissal of the interest abatement claims in *Keener* and *Smith*, as a result of the Supreme Court's decision in *Hinck v. United States*, 127 S.Ct. 2011 (2007). Pursuant to *Hinck*, the Court dismissed the interest abatement claims in the two Group I cases - *Kettle*, Fed. Cl. No. 04-683 T and *Weidemann*, Fed. Cl. No. 05-1384 T. *See Order* [Doc. #26], Fed. Cl. No. 04-683 T.

Cl. No. 02-60 T: *Isler*, *Scuteri*, and *Prati* present claims like the claims raised in the two Group I cases and *Isler* and *Scuteri* also present claims like the claims raised in the four Group II cases.[2] Regarding the claims like those raised in the two Group I cases:

On October 8, 2004, the Court heard oral argument in *Isler, Scuteri,* and *Prati*. The United States filed an additional motion for partial dismissal in *Isler* on December 12, 2005, in *Scuteri* on February 3, 2006, and in *Prati* on June 2, 2006. Plaintiffs filed their responses in *Isler* and *Scuteri* on July 17, 2006, and their response in *Prati* on July 18, 2006. The United States filed its replies on August 28, 2006. On September 29, 2006, defendant filed an additional/alternative ground in support of its motion for partial dismissal in all three cases. Plaintiffs filed their responses on November 13, 2006, and the United States filed its replies on November 30, 2006. The Court held oral argument on all pending motions on May 1, 2007. Plaintiffs filed their post oral argument supplemental brief on July 5, 2007. The United States filed its response on October 4, 2007.

On April 16, 2008, Judge Block issued an opinion and order in *Prati*, granting defendant's motions to dismiss for lack of jurisdiction taxpayers' claims regarding period of limitations, tax motivated interest, and abatement of interest, and ordering all claims in *Prati* be dismissed and 76 other related AMCOR cases be dismissed. Under the *Prati* decision, as under the *Keener* decision, the Court lacks subject matter jurisdiction over the period of limitations and §6621(c) tax motivated interest claims in the two Group I cases (*Kettle* and *Weidemann*).

Plaintiffs' attorneys, however, intend either to appeal the *Prati* decision and the 76

---

[2] This statement is corrected from past reports, which included *Prati* as also presenting claims like the claims raised in the four Group II cases. *Prati*, however, only raised claims like the claims raised in the two Group I cases.

related cases dismissed with *Prati*, and/or to pursue a course of action that would permit *Prati* and/or the 76 related cases to be held in abeyance pending the outcome of the *Keener* appeal.

**B. Plaintiffs' Additional Statement:**[3]

There is a split on the §6621(c) penalty interest jurisdictional issue in the Court of Federal Claims that will more than likely be decided by the outcome of the appeal in *Keener*. In a different set of partnership cases, the Elektra cases, Judge Lettow held that this court does have jurisdiction over §6621(c) penalty interest claims based on the same arguments raised by the government in *Keener* and *Prati*. *McGann v. U.S.*, 76 Fed.Cl. 745 (2007). Judge Lettow is currently in the process of addressing the merits of the taxpayers' §6621(c) penalty interest claims. Therefore, his *McGann* opinion is not yet ripe for appeal.

Moreover, there is a split on the §6621(c) penalty interest jurisdictional issues between this Court and the district courts of the Fifth Circuit. Two independent district courts have rejected the government's jurisdictional arguments in another AMCOR case and another Elektra case. *Mellina v. United States,* 518 F.Supp.2d 825, 829 (N.D.Tex.2007)(AMCOR) and *Bartimmo v. U.S.*, 525 F.Supp.2d 879 (S.D.Tex.,2007)(Elektra). The government appealed those decisions but later voluntarily dismissed those appeals. *Mellina v. United States,* Docket No. 07-11302 in the Fifth Circuit and *Bartimmo v. United States*, Docket No. 08-20060 in the Fifth Circuit. The government later conceded the same §6621(c) penalty interest jurisdictional issues in another case pending in the Southern District of Texas. *Kapusta v. United States,* Docket No. 03-3929.

Plaintiffs' attorneys here represent the taxpayers in the other cases referenced in this

---

[3] Defendant does not agree with plaintiffs' additional statement and also considers it to be unnecessary and inappropriate argument for a joint status report.

report and have appealed the *Keener* decision, including the issue of this Court's subject matter jurisdiction over §6621(c) tax motivated interest claims to the Federal Circuit, where plaintiffs' attorneys believe any conflict with *McGann* as to jurisdiction will be resolved.

**C. Group I Proposal**

The parties propose the Court continue the stay in the two Group I cases (*Kettle* and *Weidemann*) and wait until final appellate action in *Keener* and *Prati*, before dismissing the period of limitation and tax motivated interest claims in the two Group I cases (*Kettle* and *Weidemann*).

**II. Group II Report**

Regarding Group II (*Plowman*, *Glass*, *Michell*, and *Brandsted*), the parties report on the progress in the following five cases: (1) *LeBlanc*, Fed. Cl. No. 05-743 T; (2) *Schell*, Fed. Cl. No. 04-1743 T; (3) *Isler*, Fed. Cl. No. 01-344 T and (4) *Scuteri*, Fed. Cl. No. 01-358 T.

**A. Progress Report**

(1) *LeBlanc*, Fed. Cl. No. 05-743 T: This case presents claims like the claims raised in the four Group II cases. Defendant moved to dismiss plaintiffs' complaint on December 7, 2007, plaintiffs responded on January 7, 2008, and defendant filed its reply on February 15, 2008.

(2) *Schell*, Fed. Cl. No. 04-1743 T: This case presents claims like the claims raised in the four Group II cases. Defendant moved to dismiss plaintiffs' complaint on December 20, 2007, and plaintiffs responded on April 2, 2008.

(3) *Isler*, Fed. Cl. No. 01-344 T and (4) *Scuteri*, Fed. Cl. No. 01-358 T, Fed. Cl. No. 02-60 T: As noted above, *Isler* and *Scuteri*, in addition to presenting claims like the claims raised in the two Group I cases, present claims like the ones raised in the four Group II cases. However,

there has, to date, been no litigation of the claims in *Isler* and *Scuteri* that are like the claims in the four Group II cases. The litigation has focused instead on the claims similar to those raised in the two Group I cases.

**B. Group II Proposal**

The parties continue to propose the Court stay the four Group II cases (*Plowman*, *Glass*, *Mitchell*, and *Bransted*), until *Schell* or *LeBlanc* or both are resolved.

Plaintiffs' attorney has authorized defendant's attorney to sign this joint status report on her behalf.

Respectfully submitted,

4/23/2008 s/Teresa J. Womack by s/Bart D. Jeffress
Date TERESA JEAN WOMACK
Redding & Associates, P.C.
P.O. Box 924328
Houston, Texas 77292-4328
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

4/23/2008 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

4/23/2008 s/Steven I. Frahm
Date Of Counsel
Attorneys for Defendant