# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**JOHN E. KETTLE and ANNE R. KETTLE, et al.**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**Nos. 04-683T, et al.**
**Filed: May 8, 2008**

**O R D E R**

The court is in receipt of the parties' April 23, 2008, joint status report. The court commends the parties, once again, for their comprehensive, stand alone status report. The undersigned judge's Group I consolidated cases are lead case Kettle, No. 04-683T, and Weidemann, No. 05-1384T. Similar claims are present in Keener, No. 03-2028T; Smith, No. 04-907T; and Prati, No. 02-60T, cases assigned to other judges in which decisions have been rendered and are either on appeal, or are likely to be appealed. Similar claims also are present in Isler, No. 01-344T and Scuteri, No. 01-358T, cases assigned to another judge, but with no decisions rendered. The parties propose to continue the stay in the Group I cases until final action is taken in the cases on appeal. Given the status of the cases with issues similar to our Group I cases, and particularly the cases on appeal, the court concurs with the parties' proposal to continue the stay in the Group I cases.

The undersigned judge's Group II consolidated cases are Plowman, No. 05-695T; Glass, 05-696T; Mitchell, No. 05-1074T; and Brandsted, No. 05-1315T. The parties propose continuing the stay of Group II cases pending resolution of Schell, No. 04-1743T and LeBlanc, No. 05-743T, cases assigned to other judges. Similar claims also are present in Isler, No. 01-344T and Scuteri, No. 01-358T, such that continued monitoring and reporting of these cases as to Group II claims remains appropriate. Given the status of the cases with similar issues to our Group II cases, the parties have recommended a continuation of the stay in the Group II cases. The court concurs.

The parties shall continue their quarterly reporting, organized as is this order into Group I and Group II cases, with the next joint status report due on or before **Wednesday, July 23, 2008**. Each status report shall continue to be a stand alone document, and not rely on prior status reports. Also, the April 23, 2008 status report identifies several types

of Group I claims, such as period of limitation, tax motivated interest, abatement of interest, and 26 U.S.C. § 6621(c) penalty interest, and indicates on page 5 that the Kettle and Weidemann cases contain the first two types of claims, period of limitation and tax motivated interest. The next joint status report shall confirm the types of claims in the undersigned judge's Group I cases, and also shall give a brief explanation of each type of claim in the undersigned judge's cases. Furthermore, types of claims were not identified with respect to Group II cases, which the parties shall do in the next status report, and shall identify and explain the types of Group II claims found in the four cases assigned to the undersigned judge.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**